UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALISSA M. PINKOWSKI,

                                    Plaintiff,

       - against -

SCOTT W. HARBOUR and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

                                   Defendants.

**STIPULATION OF DISCONTINUANCE**
Case No. 19-CV-00121-GLS-DJS

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and without costs and disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: June 4, 2019

_____
ROBERT A. BECHER
Attorney for Plaintiff

_____
BENNETT SCHECHTER ARCURI & WILL LLP
Attorneys for Defendants
By: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2019, the foregoing STIPULATION OF DISCONTINUANCE (STIPULATION OF DISMISSAL) was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system, upon the following:

Robert A. Becher, Esq.
*Attorneys for Plaintiff*
733 Broadway
Suite 2
Albany, New York 12207

s/ Joel B. Schechter
_____

F:\JOEL\Swift Transportation\Harbour\PLEADINGS\CERTIFICATE OF SERVICE.docx